___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

FEB 25 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

13-CV-01937-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOEL ENRIQUE RIVERA PALMA, | CASE NO. C13-1937-JLR |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| NATALIE ASHER, Field Office Director, | |
| Respondent. | |

The Court, having reviewed petitioner's habeas corpus petition, Dkt. 3, respondent's return memorandum and motion to dismiss, Dkt. 8, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss, Dkt. 8, is GRANTED and this matter is DISMISSED with prejudice; and

//

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 25th day of February, 2014.

*JAMES L. ROBART*
United States District Judge

ORDER OF DISMISSAL
PAGE -2