UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL ENRIQUE RIVERA PALMA,

   Plaintiff,

  v.

NATALIE ASHER,

   Defendant.

CASE NO. C13-1937JLR

ORDER

  Before the court are the Report and Recommendation ("R&R") of Magistrate Judge Mary Alice Theiler (R&R (Dkt. # 11)), and Petitioner Joel Enrique Rivera Palma's objections thereto (Objections (Dkt. # 14)). This is a habeas corpus case. Mr. Palma is currently being held in immigration detention by United States Immigration and Customs Enforcement ("ICE"). (R&R at 1.) He was arrested for Driving Under the Influence ("DUI"), sentenced to a day in jail, and was thereafter detained without the possibility of bond. (*Id.* at 2.) He requested and was granted a bond hearing, but the Immigration Judge found that he was a danger to the community and denied him bond. (*Id.*) Mr.

ORDER- 1

Palma then filed this habeas petition pursuant to 28 U.S.C. § 2241.  (Mot. (Dkt. # 3).)  In the petition, Mr. Palma challenges the constitutionality of the immigration bond and detention process.  (*See id.* at 1-2.)  Fundamentally, he argues that the present statutory scheme governing immigration bond and detention grants unfettered discretion to ICE authorities and immigration judges, resulting in a system that grants or withholds liberty to those subject to its mandates in a manner that is arbitrary, non-uniform, and violative of basic notions of due process.  (*See id.*; Objections at 1-5.)

Mr. Palma's objections to the R&R were filed late.  (*See* Dkt.)  They were filed after the deadline for objections established by the court.  (*See* Dkt. # 11.)  Before the objections were filed, the court had already approved and adopted the R&R, dismissed the case, and issued a judgment.  (*See* 2/25/14 Order (Dkt. # 12); Judgment (Dkt. # 13).)  Nevertheless, Mr. Palma's objections raise issues not addressed in the R&R that merit the court's attention.  (*See* Objections.)  Given that Mr. Palma is detained, the court finds good cause to alter the scheduling order and accept Mr. Palma's late-filed objections.  The court also construes Mr. Palma's late filing liberally as a motion for relief from final judgment under Federal Rule of Civil Procedure 60(b), GRANTS the motion,[1] and WITHDRAWS its previously-entered Order of Dismissal and Judgment (Dkt. ## 12, 13).

The government will be permitted one week to respond to Mr. Palma's objections, and the objections shall be noted for the court's consideration on Friday, March 7, 2014.

---

[1] Under Rule 60(b), the court may relieve a party from a final judgment, order, or proceeding based on:  (1) mistake, inadvertence, surprise, or excusable neglect; or . . . (6) any other reason justifying relief.  Fed. R. Civ. P. 60(b).  These conditions are met due to the fact that Mr. Palma is detained.

ORDER- 2

If the Government has any objection to the court's acceptance of Mr. Palma's late filings or decision to relieve Mr. Palma from the previously-entered judgment, those objections should be detailed in the Government's response.[2]

Dated this 28th day of February, 2014.

JAMES L. ROBART
United States District Judge

---

[2] If necessary, the Government may request leave to file an overlength response.

ORDER- 3